People ex rel. Solinger v Maginley-Liddie (2026 NY Slip Op 00605)

People ex rel. Solinger v Maginley-Liddie

2026 NY Slip Op 00605

Decided on February 5, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 5, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
DEBORAH A. DOWLING
JANICE A. TAYLOR
JAMES P. MCCORMACK, JJ.

2026-00793

[*1]The People of the State of New York, ex rel. Laura Solinger, on behalf of Donovan Stewart, petitioner,
vLynelle Maginley-Liddie, etc., respondent.

Laura Solinger, Brooklyn, NY, petitioner pro se.
Eric Gonzalez, District Attorney, Brooklyn, NY (Garrett Hines, Leonard Joblove, and Morgan J. Dennehy of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Donovan Stewart upon his own recognizance or, in the alternative, to set reasonable bail upon Kings County Indictment No. 70939/2025.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Kings County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
DILLON, J.P., DOWLING, TAYLOR and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court